FILED
2005 Apr-20 PM 05:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| BOBBY WAYNE LITTLE, | ) |
| Petitioner, | ) |
| vs | ) 2:03-cv-00435-JHH-RRA |
| WARDEN BILLY MITCHEM, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. No objections were filed. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed as barred by the statute of limitations. An appropriate order will be entered.

**DONE** this the ___20th___ day of April, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE